UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donna Ruth O'Connor-Rose, an individual<br><br>Plaintiff,<br><br>v.<br><br>Defendant.<br>JPMORGAN CHASE BANK, N.A. a corporation | Case No. 2:12-cv-00225-WBS-CMK<br><br>**ORDER ON<br>REQUEST TO APPEAR<br>TELEPHONICALLY**<br><br>Hon. William B. Shubb |

## ORDER

Having read and considered JPMorgan Chase Bank, N.A.'s request to appear telephonically at the Motion to Dismiss hearing on May 7, 2012 at 2:00 p.m. and at the Scheduling Conference on May 14, 2012 at 2:00 p.m., the request is hereby GRANTED.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

DATED:  April 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE