1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                    **EASTERN DISTRICT OF CALIFORNIA**
6

| | | |
|---|---|---|
| **Donna Ruth O'Connor-Rose, an individual** | ) ) ) | CASE NO.: 2:12-cv-00225-WBS-CMK |
| **Plaintiff** | ) ) ) | ORDER ON REQUEST TO APPEAR TELEPHONICALLY AND CONTINUANCE OF SCHEDULING CONFERENCE |
| vs. | ) ) ) | |
| **JPMORGAN CHASE BANK, N.A., a corporation** | ) ) ) ) | |
| **Defendant.** | ) ) ) | Hon. William B. Shubb |

**ORDER**

Having read and considered Donna Ruth O'Connor-Rose's request to continue the Scheduling Conference and her request to appear telephonically for the Motion to Dismiss hearing scheduled for May 7, 2012 at 2:00 PM and the Scheduling Conference previously scheduled for May 14, 2012 at 9:00 AM, these requests are hereby GRANTED. The Scheduling Conference is now reset for **June 11, 2012 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **May 29, 2012**.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference calls.**

Dated: April 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1