UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Ruth O'Connor-Rose, an individual )<br>)<br>) | CASE NO.: 2:12-cv-00225-WBS-CMK |
|    Plaintiff ) ) | ORDER ON REQUEST TO APPEAR TELEPHONICALLY AND CONTINUANCE OF SCHEDULING CONFERENCE |
| vs. ) ) | |
| JPMORGAN CHASE BANK, N.A., a corporation )<br>)<br>) | |
|    Defendant. )<br>) | Hon. William B. Shubb |

**ORDER**

Having read and considered Donna Ruth O'Connor-Rose's request to continue the Scheduling Conference and her request appear telephonically the Scheduling Conference previously scheduled for June 11, 2012 at 9:00 AM, these requests are hereby GRANTED. The Scheduling Conference is now reset for **July 23, 2012 at 2:00 p.m.**  **A Joint Status Report shall be filed no later than July 9, 2012.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

Dated: May 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1