UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Ruth O'Connor-Rose, an individual<br><br>   Plaintiff,<br><br>v.<br><br>   Defendant.<br><br>JPMORGAN CHASE BANK, N.A. a corporation | Case No. 2:12-cv-00225-WBS-CMK<br><br>**ORDER ON<br>REQUEST TO APPEAR<br>TELEPHONICALLY**<br><br>Hon. William B. Shubb |

## ORDER

Having read and considered JPMorgan Chase Bank, N.A.'s request to appear telephonically at the Motion to Dismiss hearing set for July 30, 2012 at 2:00 p.m. and the Scheduling Conference set for September 17, 2012 at 2:00 p.m. , the request is hereby GRANTED.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

DATED:  July 19, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE