# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RUTH O'CONNOR-ROSE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>    Defendant,<br><br>JPMORGAN CHASE BANK, N.A. a corporation. | Case No. 2:12-cv-00225-WBS-CMK<br><br>**ORDER ON THE PARTIES' REQUEST TO CONTINUE VARIOUS DEADLINES**<br><br>Hon. Craig M. Kellison |

## ORDER

Having read and considered Plaintiff Donna Ruth O'Connor Rose ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A.'s ("Defendant") (collectively, the "Parties") Request to Continue Various Deadlines, the Request is hereby GRANTED.

Accordingly, the following discovery deadlines should be continued as follows:

    a. Expert disclosures – January 28, 2013

    b. Rebuttal expert disclosures – February 25, 2013

Further, in the event the Court orders Defendant to supplement its discovery as a result of Plaintiff filing a motion to compel, Plaintiff will be permitted to supplement her expert report within fourteen (14) days from the date Defendant serves its supplemental discovery responses.

**Date:  1/11/2013**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

-1-
**[PROPOSED] ORDER ON THE PARTIES' REQUEST TO CONTINUE VARIOUS DEADLINES**