UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RUTH O'CONNOR-ROSE, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>        Defendant,<br><br>JPMORGAN CHASE BANK, N.A., a corporation. | Case No. 2:12-cv-00225-WBS-CMK<br><br>**ORDER ON THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE VARIOUS DEADLINES TO FACILIATE SETTLEMENT BY LOAN MODIFICATION**<br><br>Hon. William B. Shubb |

## ORDER

Having read and considered Plaintiff Donna Ruth O'Connor Rose ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A.'s ("Defendant") (collectively, the "Parties") Joint Stipulation and Request to Continue Various Deadlines, including the Trial.

///

///

///

///

///

///

-1-

**[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE VARIOUS DEADLINES TO FACILIATE SETTLEMENT BY LOAN MODIFICATION**

**IT IS SO ORDERED:**

1. The following deadlines are continued as follows:

    a. Expert disclosure :  April 15, 2013

    b. Rebuttal expert disclosure:  May 10, 2013

    c. Discovery cut-off:  June 28, 2013

    d. Last day to file pre-trial motions :  July 29, 2013

    e. Pre-trial conference:  October 15, 2013 at 2:00 p.m.; and

    f. Bench Trial:  December 3, 2013 at 9:00 a.m.

This 24th day of January, 2013.

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION
AND REQUEST TO CONTINUE VARIOUS DEADLINES TO FACILIATE
SETTLEMENT BY LOAN MODIFICATION