1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RUTH 'CONNOR ROSE, an individual, | Case No. 2:12-cv-00225-WBS-CMK |
| Plaintiff, | **ORDER ON THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES** |
| v. | |
| JPMORGAN CHASE BANK, N.A. a corporation, | Hon. Craig M. Kellison |
| Defendants. | |

**[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES**

# ORDER

Having read and considered Plaintiff Donna Ruth O'Connor Rose ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A.'s ("Defendant") (collectively, the "Parties") Joint Stipulation and Request to Continue Expert Witness Disclosure Deadlines,

**IT IS SO ORDERED:**

1. The following deadlines should be continued as follows:

    a. Expert disclosure – April 29, 2013; and

    b. Rebuttal expert disclosure – May 24, 2013.

DATED:  April 11, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES**