# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RUTH 'CONNOR ROSE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A. a corporation,<br><br>　　　　Defendants. | Case No. 2:12-cv-00225-WBS-CMK<br><br>**ORDER ON THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE ALL DEADLINES**<br><br>Hon. William B. Shubb |

## ORDER

Having read and considered Plaintiff Donna Ruth O'Connor Rose ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A.'s ("Defendant") (collectively, the "Parties") Joint Stipulation and Request to Continue all Deadlines:

**IT IS SO ORDERED:**

1. The following deadlines should be continued as follows:

    a. Discovery Cut-off – September 27, 2013

    b. Last day to file pre-trial motions – October 28, 2013

    c. Pre-trial conference – **January 21, 2014 at 2:00 p.m.**

    d. Trial – **March 4, 2014 at 9:00 a.m.**

Dated:  June 4, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE