# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Donna Ruth O'Connor-Rose, an individual

Plaintiff,

v.

Defendant.

JPMORGAN CHASE BANK, N.A. a corporation

Case No. 2:12-cv-00225-WBS-CMK

**ORDER ON
REQUEST TO APPEAR
TELEPHONICALLY**

Hon. William B. Shubb

Having read and considered JPMorgan Chase Bank, N.A.'s request to appear telephonically at Plaintiff's Motion to Enforce Settlement hearing now set for January 13, 2014 at 2:00 p.m., the request is hereby GRANTED.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  January 8, 2014

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____

**[PROPOSED] ORDER ON DEFENDANT'S REQ. TO APPEAR TELEPHONICALLY**

678786