## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Ruth O'Connor-Rose, an individual<br><br>　　　　Plaintiff,<br><br>　v.<br><br>　　　　Defendant.<br><br>JPMORGAN CHASE BANK, N.A. a corporation | Case No. 2:12-cv-00225-WBS-CMK<br><br>**ORDER ON<br>REQUEST TO APPEAR<br>TELEPHONICALLY** |

　　　　Because the court desires to hear oral arguments on Chase's Motion for Summary Judgment, or alternatively, for Summary Adjudication in person, the request to appear telephonically at the hearing on the motion is DENIED.

Dated:  February 6, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE